# Third District Court of Appeal
## State of Florida

Opinion filed September 10, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-0171
Lower Tribunal No. F02-26942B
_____


**John Wagoner,**
Appellant,

vs.

**The State of Florida,**
Appellee.


An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Lody Jean, Judge.

John Wagoner, in proper person.

James Uthmeier, Attorney General, and David Llanes, Assistant Attorney General, for appellee.

Before MILLER, GORDO and BOKOR, JJ.

GORDO, J.

John Wagoner appeals from the trial court's denial of his motion to correct an illegal sentence filed pursuant to Florida Rule of Criminal Procedure 3.800(a).  We have jurisdiction.  Fla. R. App. P. 9.141(b)(2).  We affirm the order under review in all respects.  See Wainwright v. State, 411 So. 3d 392 (Fla. 2025), cert. denied sub nom. Wainwright v. Fla., No. 24-7365, 2025 WL 1621505 (U.S. June 9, 2025); Spikes v. State, No. 3D25-0896, 2025 WL 1819468 (Fla. 3d DCA July 2, 2025); Arias v. State, 413 So. 3d 999 (Fla. 3d DCA 2025).

Affirmed.